IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. Action No. 3:21-CR-00054-N |
| | § | |
| DANIEL REY SETTLE (1) | § | |

# ORDER

Before the Court are the Defendant's Motions to Suppress Statement and Cell Phone Evidence filed September 25, 2023. These motions are scheduled for Hearing Wednesday, October 11, 2023 at 10:00 a.m. in courtroom 1505.

Signed October 3, 2023.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE