# EXHIBIT A

# ARRAIGNMENT SHEET



Book In Number: 21001671

White   Male

The State of Texas, County of Dallas

I Turley, Hal , of Dallas County, Texas, sitting as a Magistrate, do hereby certify that on this, 01/15/2021 at 2:51 AM at 2:51 AM, sitting at 111 Commerce, City of Dallas, Dallas County, Texas appeared DANIEL RAY SETTLE, being a person under arrest, and that I have in clear language informed the person arrested of the accusation against him and of any Affidavit filed herewith, and of his right to retain counsel, and of his right to the appointment of counsel if he is indigent and cannot afford counsel, and of his right to remain silent, and of his right to have an attorney present during any interview with peace officers or attorneys representing the State, and of his right to terminate the interview at any time, and of his right to have an examining trial.

I informed the person arrested that he does not have to make any statement at all, and that any statements made by him may be used in evidence against him on his trial for the offense concerning which the statement is made.

I informed the person arrested that reasonable time and opportunity would be allowed for him to consult counsel and of his rights to bail if allowed by law.

I also informed the person arrested that if he is not a citizen of the United States that he may have the right to contact consular officials from his country and if he is a citizen of certain countries that consular officials would be notified of this arrest without further action required on his part.

**Charges(s)**

| Offense | Warrant Type | Cause No. | Agency Name | Bond Amount | Bond Type | Court |
|---|---|---|---|---|---|---|
| TRAFFICKING OF PERSONS: CONTINUOUS | Original Capias | F2175036 | DALLAS PD | $100,000.00 | Cash or Surety | CDC7 |
| COMPEL PROST BY FORCE/THREAT/COERCION/FRAUD | Original Capias | F2175035 | DALLAS PD | $100,000.00 | Cash or Surety | CDC7 |

Remanded to custody of DALLAS PD in witness whereof, I have subscribed my name this 01/15/2021 at 2:51 AM.

*Hal Turley*

Turley, Hal, Magistrate,
Dallas County, Texas