# EXHIBIT B



# FINDINGS

THE STATE OF TEXAS                    VS.                    DANIEL RAY SETTLE

I have reviewed the pretrial risk assessment, the financial affidavit, the probable cause affidavit, and I have considered your financial situation.

I have considered granting you a personal bond (*only in cases where this is not prohibited by Texas law, see* Texas Code of Criminal Procedures Article 17.03 (b)).

Case Number: **F2175036**            Offense: **TRAFFICKING OF PERSONS: CONTINUOUS**
Court: **Criminal District Court No. 7**

For the case referenced above, I am denying a personal bond and settling bail at $100,000.00 because:
- Safety of Victim/Community
- Bond Setting Based on the Defendant's Arrest History
- Facts of Offense
- Bond Setting Based on the Defendant's Criminal History

Case Number: **F2175035**            Offense: **COMPEL PROST BY FORCE/THREAT/COERCION/FRAUD**
Court: **Criminal District Court No. 7**

For the case referenced above, I am denying a personal bond and settling bail at $100,000.00 because:
- Safety of Victim/Community
- Bond Setting Based on the Defendant's Arrest History
- Facts of Offense
- Bond Setting Based on the Defendant's Criminal History

See bond findings per charge.

Signed this 01/15/2021 at 2:51 AM            *Hal Turley*            Turley, Hal, Magistrate,
                                                                    Dallas County, Texas