# EXHIBIT D



Texas Department of Public Safety - Computerized Criminal History

## Online EDR

| SID Number: | | Name: | SETTLE,DANIEL RAY |
|---|---|---|---|
| TRN Number: | | Sex: | M |
| TRS Code: | Select TRS... | Race: | W |
| | | DOB: | |
| | | JUV: | |

Search | Reset | Add TRS

Add Charge | Add Prosecution | Add Court | Modify Arrest

| | | | | | |
|---|---|---|---|---|---|
| Date of Entry: | 01/15/2021 | Last Updated: | 01/26/2021 | | |
| Date of Arrest: | 01/14/2021 | Sequence: | A | Tracking Number: | 9250147562 |
| Status: | A | Juvenile: | | Weapon: | |
| Name: | SETTLE,DANIEL RAY | Address: | | City: | MESQUITE |
| State: | TX | Zip: | 75149 | County: | |
| ORI: | TXDPD0000 | HAZ Code: | | Comm. Veh. Code: | |
| License Plate: | | License State: | | License Year: | |
| Arresting Agency (ORI): | TXDPD0000 | Arrest Number (AGN): | 1267446 | Case Number (OCA): | 21001671 |
| Tracking Suffix (TRS): | A001 | General Offense Code (GOC): | | Victim's Age (VIC): | |
| Domestic Violence (DMV): | | Offense Numeric (AON): | 64110021 | Offense (OFF): | TRAFFICKING OF PERSONS: CONTINUOUS |
| Offense Literal (AOL): | F2175036 | Statute Citation (CIT): | PC 20A.03(e) | Level and Degree (LDA): | F1 |
| Date of Offense (DOO): | 08/19/2020 | Disposition Number (ADN): | 207 | Disposition Date (ADA): | 01/14/2021 |
| Disposition Literal (ADD): | HELD | Referred Prosecutor (REF): | TX057015A | | |

© 2012 Texas Department of Public Safety - CJIS (Build: 0.0.1)

**RELEASE CHARGE**

### Dallas Police Department Release Charge

**1/22/21 3:44 PM**

WARRANT NUMBER: F2175036

INCIDENT NUMBER: 233632-2020

COURT DOCUMENT NUMBER: CD-100223549

DEFENDANT:

| NAME | SEX | RACE | AGE | DATE OF BIRTH |
|---|---|---|---|---|
| SETTLE,DANIEL,RAY, | M | W | 34 | [redacted] |

CHARGE: F1-58990009-N112

| DESCRIPTION | SEVERITY |
|---|---|
| TRAFFICKING OF PERSONS, CONTINUOUS (PC 20A.03(E)) | F1 |

RELEASE TYPE:   DD   Dropped - (By Detective)

JUSTIFICATION:

WALKED WARRANT
Please release warrant number F2175036. Reason: State Charges Dropped and filed by federal agency through US District Court - Northern District of Texas.
Detective Dustin Hatch #10169 [redacted]
Sgt R. Luster #8580 (AWC for LT Smalley #6233) has approved this drop and release. [redacted]

INVESTIGATOR: 10169

BOOK IN NUMBER: 21001671

DPD PERSON PROCESSING: A. Euds   BADGE: 10326   DATE: 1-22-21   TIME: 3:40pm

DSO PERSON ACCEPTING: M. LILLY   DATE: 1/22/21   TIME: 4:11pm

RELEASE CHARGE