# EXHIBIT E

## Location Information

| Person Location | Detention Location | | | |
|---|---|---|---|---|
| **Dallas County Sheriff** | | | | |
| Address (if at-large) | | City | State | Zip |
| Map No. | Squad Assignment | Other Assignment | | Date Assigned |

[Get Map]

| Letter Notification | Disposition | | Disposition Date | |
|---|---|---|---|---|
| | **Rlsd per DPD Suppl** | | **01/27/2021 12:33 PM** | |
| Entered By | Entered DT/TM | Validated Date | Validated By | |
| R▮▮▮▮, V▮▮▮▮▮▮▮ | 01/14/2021 10:30 PM | | | |

Comments

```
**KYIA.LUSK JAN 14 2021 10:30PM **
UTL WARRANT, RLSD PER DPD LETTER.  STATE CHARGES DROPPED AND FILED BY FEDERAL AGENCY THROUGH US
DISTRICT COURT-NORTHERN DISTRICT OF TEXAS--PER DET.DUSTIN HATCH 10169 AND SGT.R.LUSTER 8580-----012721
VR **VR▮▮▮▮ JAN 27 2021 12:33PM **
```