# EXHIBIT F

David Jordan's January 25, 2021 Voicemail

(Placeholder for .wav file)