# EXHIBIT G

(Filed Under Seal)

Daniel Settle January 26, 2021 Interview

(Placeholder for .m4a file)