# EXHIBIT H

| | |
|---|---|
| **From:** | Kochan, John M |
| **To:** | M████ L███; C████ B████ |
| **Cc:** | Boehm, Myria (USATXN) 6; Briggs, Andrew (USATXN); Joseph Swanson; C████ C████ |
| **Subject:** | RE: [External Sender]Federal Arrest Warrant for Daniel SETTLE |
| **Date:** | Wednesday, January 20, 2021 6:29:11 PM |

Thank you! Much appreciated! Stay safe!

**From:** M████ L███
**Sent:** Wednesday, January 20, 2021 6:27 PM
**To:** C████ B████
**Cc:** Boehm, Myria (USATXN) 6 ████; Briggs, Andrew (USATXN) ████; Joseph Swanson ████; Kochan, John M ████; C████ C████
**Subject:** Re: [External Sender]Federal Arrest Warrant for Daniel SETTLE

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Received and added.
Thank You
M████ L███
DMU Release Lead Clerk 3rd Watch
Dallas County Sheriff's Department
Phone: ████

---

**From:** C████ B████
**Sent:** Wednesday, January 20, 2021 5:46 PM
**To:** M████ L███
**Cc:** Boehm, Myria (USATXN) 6 ████; Briggs, Andrew (USATXN) ████; Joseph Swanson ████; Kochan, John M ████; C████ C████
**Subject:** RE: [External Sender]Federal Arrest Warrant for Daniel SETTLE

Good evening Ms. L███,
Please place a hold for the attached federal warrant on booking number 21001671 settle, Daniel. Thank you

Thank you. ☺
Respectfully Submitted,

C████ B████
Process Support Supervisor
Data Management Unit/Warrants
Dallas County Sheriff's Dept.

**From:** Kochan, John M <████>
**Sent:** Wednesday, January 20, 2021 5:38 PM
**To:** C████ B████

Cc: Boehm, Myria (USATXN) 6 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Briggs, Andrew (USATXN) ▮▮▮▮▮▮▮▮▮▮▮▮▮; Joseph Swanson ▮▮▮▮▮▮▮▮▮▮▮▮▮

Subject: [External Sender]Federal Arrest Warrant for Daniel SETTLE

Good afternoon! You assisted me with one of your Detainees a week or two ago and I have another person who is in your custody for which we have an Arrest Warrant for. Can you please make the attached warrant part of his record so that he will not be released should he post bond? Thank you and please feel free to contact me directly should you need additional information!

**SUBJECT:**

Daniel SETTLE
W /M
Date of Birth: ▮▮▮▮▮▮
Booking Date: 2021-01-14 06:33 PM
Booking Number: 21001671

John M. Kochan



Warning: This email and any attachments are UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. Please inform the sender that you received this message in error and delete the message from your system.

This message came from outside of Dallas County Government. Please be thoughtful before you click a link or provide your login information!